An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GABRIEL YATES,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DAVID B. BARKER, DISTRICT JUDGE,
Respondents,

and

THE STATE OF NEVADA,
Real Party in Interest.

No. 62680

**FILED**

JUL 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Petitioner has filed a motion to voluntarily dismiss this original proceeding because the district court has since granted the relief sought from this court. Cause appearing, the motion is granted and we ORDER the petition DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. David B. Barker, District Judge
Gordon Silver
Oronoz & Ericsson
Clark County District Attorney
Eighth District Court Clerk
Gabriel Yates

SUPREME COURT
OF
NEVADA

(O) 1947A

13-20874